IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

DISRAELI LOPEZ DIAZ

JESSIBETH RODRIGUEZ LISBOA

XXX-XX-7013

XXX-XX-8932

Debtor(s)

CASE NO. 13-04411 BKT

Chapter 13

**FILED & ENTERED ON 9/28/2015**

ORDER

Debtors to cure arrears within 30 days of this order or the case will be dismissed without further notice or hearing. (re: Docket Nos. 43 and 45).

SO ORDERED.

San Juan, Puerto Rico, this 28 day of September, 2015.

Brian K. Tester
U.S. Bankruptcy Judge

cc: DEBTOR(S)
ROBERTO FIGUEROA CARRASQUILLO
ALEJANDRO OLIVERAS RIVERA
US TRUSTEE
RELIABLE FINANCIAL SERVICES